IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 2:20-mj-08217-JZB |
| Plaintiff, | |
| vs. | **ORDER** |
| Ana Rodriguez, | |
| Defendant. | |

Pending before the Court is Defendant's "Motion to Continue Preliminary Hearing, Detention Hearing and Continuation of Initial Appearance on July 27, 2020." (Doc. ____.)

There being no objection, and after review, the Court will grant the Motion. Accordingly,

**IT IS ORDERED**:

    1.    The Motion (Doc. ___) is **granted**.

    2.    The July 27, 2020 Preliminary Hearing, Detention Hearing and Continuation of Initial Appearance  is reset to _____**.**

The Court finds excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B) from _____ to _____.

DATED this _____ day of _____, 2020.