# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. MJ-20-08217-001-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Jill Marie Jones, | |
| Defendant. | |

Pending before the Court is Defendant's "Motion to Continue Preliminary Hearing, Detention Hearing, and Continuation of Initial Appearance Hearing on July 27, 2020." (Doc. 3.) There being no objection, and after review, the Court will grant the Motion.

Accordingly,

**IT IS ORDERED**:

1. The Motion (Doc. 3) is **granted**.

2. The July 27, 2020 Detention Hearing, Preliminary Hearing, and Continuation of Initial Appearance are continued to **August 3, 2020** at **2:00 p.m.** before Magistrate Judge Deborah M. Fine in courtroom 305.

No excludable delay shall occur from the entry of this Order.

Dated this 24th day of July, 2020.

Honorable John Z. Boyle
United States Magistrate Judge