# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## WITNESS LIST --- CRIMINAL

☒ Preliminary Hearing  ☐ Non-Jury Trial  ☐ Jury Trial

USA vs. JONES, JILL, M.  
Last, First, Middle Initial

20-8217 MJ  
Year-Case No-Deft No-Judge

☐ GOVERNMENT  ☒ DEFENDANT

|    | NAME | G/D | DATE SWORN | DATE APPEARED |
|----|------|-----|------------|---------------|
| 1. | Nicole K. Engstrom, FBI TFO | | 8/3/20 | 8/3/20 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

FILED ✓  LODGED ___
RECEIVED ___  COPY ___
AUG 03 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY